FILED

12/19/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| CALEB GARRETT, as Owner and Operator of the Crestliner 16-foot Fishing Boat, Vessel Official Number MT3657AV<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability. | No. CV 19-81-H-SEH<br><br>**ORDER** |

Plaintiff's Complaint For Exoneration From or Limitation of Liability filed on December 5, 2019,[1] is grounded in 46 U.S.C. §§ 30501–30512, and is asserted to be "a cause of admiralty or maritime jurisdiction . . . within the meaning of Federal Rule of Civil Procedure 9(h) and Rule F of the Supplemental Rules for Admiralty or Maritime Claims."[2]

Fed. R. Civ. P. 12(h)(3) requires dismissal "[i]f the Court determines at any time that it lacks subject-matter jurisdiction." Review of the complaint suggests

---

[1] Doc. 1.

[2] Doc. 1 at 1–2.

substantial issues are presented as to whether federal admiralty jurisdiction has been well-pleaded.[3]

ORDERED:

Plaintiff shall have to and including January 3, 2020, to file a brief directed to whether federal admiralty jurisdiction has, by applicable law, been adequately well-pleaded to invoke this Court's subject matter jurisdiction.

DATED this 19th day of December, 2019.

SAM E. HADDON
United States District Judge

---

[3] *See Adams v. Mont. Power Co.*, 354 F.Supp. 1111 (D. Mont. 1973) (finding the twenty-five mile stretch of the dam-obstructed portion of the Missouri river was not navigable for purposes of exercising admiralty jurisdiction), *aff'd*, 528 F.2d 437 (9th Cir. 1975).