FILED

1/10/2020

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| CALEB GARRETT, as Owner and Operator of the Crestliner 16-foot Fishing Boat, Vessel Official Number MT3657AV<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability. | No. CV 19-81-H-SEH<br><br>**ORDER** |

Plaintiff's Complaint For Exoneration From Or Limitation Of Liability filed on December 5, 2019,[1] is grounded in 46 U.S.C. §§ 30501–30512, and is asserted to be "a cause of admiralty or maritime jurisdiction . . . within the meaning of Federal Rule of Civil Procedure 9(h) and Rule F of the Supplemental Rules for Admiralty or Maritime Claims."[2]

On December 19, 2019, the Court on its own motion ordered briefing "directed to whether federal admiralty jurisdiction has, by applicable law, been

---

[1] Doc. 1.

[2] Doc. 1 at 1–2.

adequately well-pleaded to invoke this Court's subject matter jurisdiction."[3]

Plaintiff's Brief Regarding Maritime Jurisdiction was filed as directed on January 3, 2020.[4]

ORDERED:

Review of the record indicates federal admiralty jurisdiction is lacking.[5] Plaintiff's Complaint For Exoneration From Or Limitation Of Liability[6] is DISMISSED for want of jurisdiction. The Clerk is directed to close the case.

DATED this 10th day of January, 2020.

SAM E. HADDON
United States District Judge

---

[3] Doc. 4.

[4] Doc. 5.

[5] See Adams v. Mont. Power Co., 528 F.2d 437, 440–41 (9th Cir. 1975) (finding the twenty-five mile stretch of the dam-obstructed portion of the Missouri river was not navigable for purposes of exercising admiralty jurisdiction), aff'g 354 F. Supp. 1111 (D. Mont. 1973).

[6] Doc. 1.